NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**B.E. TECHNOLOGY, L.L.C.,**
*Appellant*

**v.**

**TWITTER, INC., GOOGLE LLC,**
*Cross-Appellants*

---

2023-1126, 2023-1127, 2023-1128, 2023-1130, 2023-1131, 2023-1132

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00482, IPR2021-00483, IPR2021-00484, IPR2021-00485.

---

## JUDGMENT

---

KAYVAN B. NOROOZI, Noroozi PC, Los Angeles, CA, argued for appellant.  Also represented by CHARLES WIZENFELD, King & Wood Mallesons LLP, New York, NY.

NATHAN K. KELLEY, Perkins Coie LLP, Washington, DC, argued for all cross-appellants.  Cross-appellant Google LLC also represented by DAN L. BAGATELL, Hanover, NH; ANDREW DUFRESNE, Madison, WI; ANDREW BALUCH, Smith Baluch LLP, Washington, DC.

DAVID L. MCCOMBS, Haynes and Boone, LLP, Dallas, TX, for cross-appellant Twitter, Inc. Also represented by DEBRA JANECE MCCOMAS; ANGELA M. OLIVER, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 13, 2024
Date

Jarrett B. Perlow
Clerk of Court